UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

        Plaintiff,               Case No. 05-C-0165

        v.

CERTAIN REAL PROPERTY         **JUDGMENT OF DEFAULT AND**
commonly known as                   **FORFEITURE**
321 PINE STREET,
LOHRVILLE, WISCONSIN,

        Defendant.

THIS CAUSE having come before this Court upon plaintiff's Motion for Default Judgment, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant property be forfeited to the United States of America and no right, title or interest in the defendant property shall exist in any other party. The defendant property shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

Dated at Green Bay, Wisconsin, this  9th  day of May, 2005.

                              s/ William C. Griesbach
                              HONORABLE WILLIAM C. GRIESBACH
                              United States District Judge

Judgment entered this 9th day of May, 2005

SOFRON B. NEDILSKY

by: Mary Fisher
    Deputy Clerk